**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                              **CRIMINAL ACTION NO. 2:05CR0024-P-B**

**RAMONE WINDLESS,**                               **DEFENDANT.**

**ORDER**

This matter comes before the court upon Defendant's August 1, 2005 *ore tenus* motion for extension of time within which to file objections to presentence investigation report. Upon due consideration of the motion, and there being no objection by the Government, the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's August 1, 2005 *ore tenus* motion for extension of time within which to file objections to presentence investigation report is hereby **GRANTED**; accordingly,

(2) Defendant shall have until August 12, by which to file his objections to the presentence report.

**SO ORDERED** this the 1st day of August, A.D., 2005.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE