# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,** **PLAINTIFF**

**V.** **NO. 2:05CR0024-WAP**

**RAYMONE DUVAL WINDLESS,** **DEFENDANT**

## **ORDER**

In accordance with the opinion issued this day, Defendant's Motion to Withdraw Plea of Guilty (docket entry 29) is hereby DENIED.

**IT IS SO ORDERED.**

THIS the 6th day of August, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE