# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**RAYMONE DUVAL WINDLESS,**                                               **PETITIONER**

**V.**                                                   **NO. 2:05CR0024-WAP**

**UNITED STATES OF AMERICA,**                                       **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 33) is hereby DENIED, and is DISMISSED with prejudice.

**IT IS SO ORDERED.**

THIS the 29th day of September, 2008.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE